**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: April 21, 2010**

_____

```
            UNITED STATES BANKRUPTCY COURT
              SOUTHERN DISTRICT OF OHIO
                  EASTERN DIVISION

In Re:    LORIN K SMITH              :    Chapter 13
          JODY L SMITH
SSN(S):   XXX-XX-4332                :    Case No. 04-63382
          XXX-XX-6874

Debtor(s)                            :    JUDGE HOFFMAN
```

**ORDER OF DISMISSAL**

Pursuant to the motion and affidavit of the Chapter 13 Trustee and for good cause shown, the Court hereby dismisses this proceeding for failure of the debtor(s) to comply with the terms of the Chapter 13 Plan previously confirmed herein. See 11 U.S.C. 1307 (c) (6).

The Trustee is hereby given leave to file his Final Report herein and be discharged from his trust.

**IT IS SO ORDERED.**

**Copies to: All Creditors and Parties in Interest**

###